UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY R. SMITH )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　 )<br>v. 　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>BOSWORTH PLACE, 　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　Defendant. 　　　　　　　 )<br>　　　　　　　　　　　　　　　　 ) | Civil Action No. 07-10497-GAO |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule Civil Procedure 41(a)(1)(ii), plaintiff Jeffrey Smith and defendant Bosworth Place hereby stipulate that all counts of plaintiff's complaint shall be dismissed with prejudice and without costs, with all rights of appeal being waived.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　PLAINTIFF JEFFREY R. SMITH

　　　　　　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　　Edward N. Garno
　　　　　　　　　　　　　　　　　BBO No. 564378
　　　　　　　　　　　　　　　　　592 Essex Street
　　　　　　　　　　　　　　　　　Lawrence, MA 01840
　　　　　　　　　　　　　　　　　978-687-7805

　　　　　　　　　　　　　　　　　DEFENDANT BOSWORTH LACE

　　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　　Pamela A. Smith
　　　　　　　　　　　　　　　　　BBO No. 469570
　　　　　　　　　　　　　　　　　Law Office of Pamela A. Smith
　　　　　　　　　　　　　　　　　1150 Walnut Street
　　　　　　　　　　　　　　　　　Newton, MA 01946
　　　　　　　　　　　　　　　　　(617) 597-0023

Date: July 23, 2007